IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                    16-CR-171-FPG

JOSE SANCHEZ-OCAMPO,

            Defendant.

## GOVERNMENT'S NOTICE OF MOTION FOR AN ADJOURNMENT OF SENTENCING

**PLEASE TAKE NOTICE** that the United States moves the Court for an adjournment of the sentencing in this matter, presently scheduled for April 20, 2017 at 11:00 a.m, for a period of six months.  The motion is based upon an accompanying sealed affidavit of Special Assistant United States Attorney Brian J. Counihan.  Counsel for the defendant, Paul G. Dell, Esq. consents to an adjournment.

      DATED:  Buffalo, New York, April 13, 2017.

                                                    JAMES P. KENNEDY, JR.
                                                    Acting United States Attorney
                                                    Western District of New York

                    BY:    s/BRIAN J. COUNIHAN
                             Special Assistant United States Attorney
                             United States Attorney's Office
                             Western District of New York
                             138 Delaware Avenue
                             Buffalo, New York   14202
                             (716) 843-5831
                             brian.counihan@usdoj.gov